| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | DAVID RAIZMAN, CA Bar No. 129407 |
| 2 | david.raizman@ogletree.com |
| | AMBER L. ROLLER, CA Bar No. 273354 |
| 3 | amber.roller@ogletree.com |
| | 400 South Hope Street, Suite 1200 |
| 4 | Los Angeles, California 90071 |
| | Telephone: 213.239.9800 |
| 5 | Facsimile: 213.239.9045 |
| 6 | Attorneys for Defendant |
| | ANSCHUTZ ENTERTAINMENT GROUP, INC. |
| 7 | |
| | *[Additional counsel listed on next page]* |
| 8 | |

**GRANTED** — Judge Susan Illston (seal: United States District Court, Northern District of California)

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR RENOWITZKY, | Case No. 3:17-cv-00368-SI |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |
| v. | |
| ANSCHUTZ ENTERTAINMENT GROUP, INC.; OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY; CITY OF OAKLAND; COUNTY OF ALAMEDA; and DOES 1-20, Inclusive, | Senior District Judge: Hon. Susan Illston<br>Place: Courtroom 1, 17th Floor, San Francisco Courthouse |
| Defendants. | Complaint Filed: January 24, 2017<br>Trial Date: None |

| | |
|---|---|
| 1 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| | CHRISTINE A. SAMSEL, Bar No. 150868 |
| 2 | csamsel@bhfs.com |
| | JONATHAN C. SANDLER, Bar No. 227532 |
| 3 | jsandler@bhfs.com |
| | SHERLI SHAMTOUB, Bar No. 270022 |
| 4 | sshamtoub@bhfs.com |
| | 2049 Century Park East, Suite 3550 |
| 5 | Los Angeles, CA 90067 |
| | Telephone: 310.500.4600 |
| 6 | Facsimile: 310.500.4602 |
| 7 | Attorneys for Defendants |
| | OAKLAND-ALAMEDA COUNTY COLISEUM |
| 8 | AUTHORITY, CITY OF OAKLAND and COUNTY |
| | OF ALAMEDA |
| 9 | |
| 10 | LAW OFFICES OF PAUL L. REIN |
| | PAUL L. REIN, CA Bar No. 43053 |
| 11 | reinlawoffice@aol.com |
| | 200 Lakeside Drive, Suite A |
| 12 | Oakland, CA 94612 |
| | Telephone: 510.832.5001 |
| 13 | Facsimile: 510.832.4787 |
| 14 | Attorneys for Plaintiff |
| | ARTHUR RENOWITZKY |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff ARTHUR RENOWITZKY and defendants ANSCHUTZ ENTERTAINMENT GROUP, INC., OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY, CITY OF OAKLAND, and COUNTY OF ALAMEDA (collectively "Defendants") stipulate and joint request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 27, 2017  LAW OFFICES OF PAUL L. REIN

By: /s/ Paul L. Rein
    Paul L. Rein

Attorneys for Plaintiff
ARTHUR RENOWITZKY

DATED: December 27, 2017  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
    David Raizman
    Amber L. Roller

Attorneys for Defendant
ANSCHUTZ ENTERTAINMENT GROUP, INC.

**[ADDITIONAL SIGNATURE ON NEXT PAGE]**

| | | |
|---|---|---|
| 1 | DATED: December 27, 2017 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 2 | | |

By: /s/ Jonathan C. Sandler
    Christine A. Samsel
    Jonathan C. Sandler
    Sherli Shamtoub

Attorneys for Defendants
CITY OF OAKLAND, COUNTY OF ALAMEDA AND OAKLAND-ALAMEDA COUNTY COLISEUM AUTHORITY

### Certification Pursuant to Local Rule 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 27, 2017        By: /s/ Amber L. Roller

2    Case No. 3:17-cv-00368-SI
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)
31850418_3.docx